# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL BOROVAC,<br><br>                Plaintiff,<br><br>vs.<br><br>SMART, INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS,<br><br>                Defendant. | **8:17CV110**<br><br>**ORDER** |

This matter is before the Court on Douglas Novotny's Motion to Withdraw as counsel for Plaintiff ([Filing No. 36](Filing No. 36)). Having considered the matter,

**IT IS ORDERED:**

1. Douglas Novotny's Motion to Withdraw as counsel for Plaintiff ([Filing No. 36](Filing No. 36)) is granted.

2. Mr. Novotny shall immediately serve a copy of this Order on Plaintiff and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Mr. Novotny will not be relieved of applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

3. Upon filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel has entered a written appearance on his behalf. If substitute counsel has not entered a written appearance, Plaintiff shall provide the Clerk of Court his current address and telephone number within five days of being served with this Order. Plaintiff may retain substitute counsel at any time. However, until such time as substitute counsel enter a written appearance, Plaintiff must comply with all case progression deadlines, orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these

requirements may result in the imposition of sanctions, including payment of costs, attorneys' fees, the entry of default judgment, and/or dismissal of the case.

4. Upon Mr. Novotny's submission of proof of service as described in Paragraph 2 of this Order, Mr. Novotny's appearance as counsel of record for Plaintiff shall be terminated.

Dated January 23, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge